Argued April 13, affirmed May 1, 1917.

## LORD *v.* CITY OF SALEM.

(164 Pac. 717.)

From Marion: WILLIAM GALLOWAY, Judge.

This is a suit by Juliet Lord and Montague Lord against the City of Salem, Chas. F. Elgin, City Recorder, and Frank Shedeck to remove a penumbra from plaintiff's title caused by the levying of an alleged illegal assessment for certain street improvements against their property. From a decree favoring plaintiffs, the defendants appeal. Affirmed.

For appellants there was a brief over the names of *Mr. Bert W. Macy,* City Attorney, *Mr. William H. Trindle* and *Mr. George G. Bingham,* with oral arguments by *Mr. Macy* and *Mr. Trindle.*

For respondents there was a brief over the names of *Mr. William P. Lord, Mr. Grant Corby* and *Mr. John A. Carson,* with oral arguments by *Mr. Lord* and *Mr. Corby.*

Department 1. MR. JUSTICE BEAN delivered the opinion of the court.

This suit is brought for the removal of a cloud from the plaintiffs' title created by reason of the levying of an assessment against their property for the construction of the same improvement as that under consideration in *Fry* v. *City of Salem, ante,* p. 184 (164 Pac. 715), and *Carson* v. *City of Salem, post,* p. 193 (164 Pac. 718). The questions herein involved are the same as those raised in the above-named cases; therefore, for the reasons given in the opinion this day ren-

dered in the case of *Fry* v. *City of Salem, ante,* p. 184, the decree of the Circuit Court is affirmed.

AFFIRMED.

MR. CHIEF JUSTICE MCBRIDE, MR. JUSTICE BENSON and MR. JUSTICE HARRIS concur.